STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Maher Khatib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-0193 WHA |
|---|---|
| Plaintiff, | No. CR 07-0619 WHA |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 16, 2013 STATUS DATE TO JUNE 11, 2013** |
| MAHER KHATIB, | |
| Defendant. | |

## STIPULATION

Defendant, Maher Khatib, is currently committed to the custody of the Attorney General undergoing treatment in an attempt to restore his competency to stand trial. He is currently undergoing treatment at a Federal Medical Center in Butner, North Carolina. On January 30, 2013, Mr. Khatib's treatment team notified this Court of the need to have additional time to complete his evaluation. The team planned on completing a final report within 14 days of the conclusion of their evaluation period. On February 11, 2013, this Court granted permission for the evaluation period to continue until May 28, 2013.

In light of the continuation of the evaluation period, the parties stipulate that the status hearing regarding Mr. Khatib's competency be continued from April 16, 2013, to June 11, 2013, to allow the Federal Medical Center treatment team to complete their evaluation and reporting.

//

Stip. & [Prop.] Order Cont. Status, *Khatib*,
CR 12-0193 WHA & CR 07-0619 WHA

1

The parties also agree that the time between April 16, 2013, to June 11, 2013, should be excluded under the Speedy Trial Act; the continuance is necessary for the determination of competency of Mr. Khatib, 18 U.S.C. § 3161(h)(1)(A), and the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: April 2, 2013

/s/ *Cynthia Frey*
**Cynthia Frey**
Assistant United States Attorney

Dated: April 2, 2013

/s/ *Candis Mitchell*
**Candis Mitchell**
Assistant Federal Public Defender

## [PROPOSED] ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the Status hearing in the above matter is continued from April 16, 2013, until **June 11, 2013, at 2:00 p.m.** Additionally, IT IS FURTHER ORDERED that the time between April 16, 2013, to June 11, 2013, is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: April 2, 2013.

_____
WILLIAM H. ALSUP
United States District Judge

Stip. & [Prop.] Order Cont. Status, *Khatib*,
CR 12-0193 WHA & CR 07-0619 WHA

2